UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CALVIN ANDRE ANDERSON,<br><br>                    Plaintiff,<br>      v.<br><br>DEPARTMENT OF SOCIAL AND HEALTH SERVICES,<br><br>                    Defendant. | CASE NO. 3:23-cv-05610-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

  The Court, after *de novo* review of the record, has reviewed the Report and Recommendation ("R&R") of United States Magistrate Judge Brian A. Tsuchida, and objections, if any, to the R&R.

  Judge Tsuchida recommends dismissing Plaintiff's complaint with prejudice because the Department of Social and Health Services is a state agency and is immune from suit under the Eleventh Amendment. (Dkt. No. 9 at 2.) In the alternative, Judge Tsuchida recommends dismissing Plaintiff's complaint without prejudice because Plaintiff is a pre-trial detainee facing

unresolved and pending state criminal charges and the Court should abstain from interfering with the criminal charges under *Younger v. Harris*, 401 U.S. 37 (1971).  (*Id*. at 3.)

The Court finds dismissal without prejudice is appropriate because Plaintiff's claims appear related to pending state court criminal charges.  Pursuant to *Younger*, it is inappropriate for the Court to consider the claims while those proceedings have not been resolved.

Accordingly, the Court does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 9.)

(2) This matter is DISMISSED without prejudice.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Brian A. Tsuchida.

(4) Plaintiff's motion for a continuance and to appoint counsel (Dkt. No. 10) is DENIED.

Dated this 31st day of August, 2023.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2